# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 66 |
| | : | |
| DESIGNATION OF CHAIR AND VICE- | : | CLIENT SECURITY DOCKET |
| CHAIR OF THE PENNSYLVANIA | : | |
| LAWYERS FUND FOR CLIENT | : | |
| SECURITY BOARD | | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of January, 2018, Daniel I. Booker, Esquire, is hereby designated as Chair, and John A. Barbour, Esquire, as Vice-Chair, of the Pennsylvania Lawyers Fund for Client Security Board, commencing April 1, 2018.